

# United States District Court
# Eastern District of California

| Mariah Schmucker, et al. |
|---|

Plaintiff(s)

V.

| Schwabe North America, Inc., et al. |
|---|

Defendant(s)

Case Number: 2:22-cv-00323-KJM-DB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert K. Shelquist hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Mariah Schmucker and Kayla McGowan

On 11/27/1990 (date), I was admitted to practice and presently in good standing in the District of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have, [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Lauren Goodwin-Koenig v. Target Corporation, Court File 1-22-cv-00212-DAD-GAM
Filed 2/24/22 and is pending

Date: 02/24/2022     Signature of Applicant: /s/ Robert K. Shelquist

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Robert K. Shelquist |
| Law Firm Name: | Lockridge Grindal Nauen P.L.L.P. |
| Address: | 100 Washington Ave. S., Suite 2200 |
| City: | Minneapolis   State: MN   Zip: 55401 |
| Phone Number w/Area Code: | (612) 339-6900 |
| City and State of Residence: | Excelsior, Minnesota |
| Primary E-mail Address: | rkshelquist@locklaw.com |
| Secondary E-mail Address: | bgilles@locklaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kolin C. Tang |
| Law Firm Name: | Miller Shah LLP |
| Address: | 19712 MacArthur Blvd., Suite 222 |
| City: | Irvine   State: CA   Zip: 92612 |
| Phone Number w/Area Code: | (866) 545-5505   Bar #: 279834 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 2, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Robert K Shelquist, Bar # 21310X, was duly admitted to practice in this Court on 11/27/1990, and is in good standing as a member of the Bar of this Court.

Dated at Minneapolis, MN on 02/23/2022
*(Location)*     *(Date)*

Kate M. Fogarty
*CLERK*

*DEPUTY CLERK*