**FAEGRE DRINKER BIDDLE & REATH LLP**
Rita Mansuryan (SBN 323034)
rita.mansuryan@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229 1285

Sarah L. Brew (*pro hac vice* forthcoming)
sarah.brew@faegredrinker.com
Rory F. Collins (*pro hac vice* forthcoming)
rory.collins@faegredrinker.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Counsel for Defendants*
SCHWABE NORTH AMERICA, INC. AND
NATURE'S WAY BRANDS, LLC

[Additional Counsel list on next page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH SCHMUCKER and KAYLA MCGOWAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHWABE NORTH AMERICA, INC. and NATURE'S WAY BRANDS, LLC,<br><br>Defendants. | Case No. 2:22-cv-00323-KJM-DB<br><br>Assigned to Chief Judge Kimberly J. Mueller<br><br>**STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT; ORDER** |

**MILLER SHAH LLP**
Kolin C. Tang (SBN 237708)
*kctang@millershah.com*
19712 MacArthur Blvd., Suite 222
Irvine, CA 92612
James C. Shah (SBN 260435)
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

**LOCKRDIGE GRINDAL NAUEN PLLP**
Robert K. Shelquist (admitted *pro hac vice*)
*rkshelquist@locklaw.com*
Rebecca A. Peterson (SBN 241858)
*rapeterson@locklaw.com*
Megan S. Van Dyke (*pro hac vice* to be sought)
*msvandyke@locklaw.com*
Catherine A. Peterson (*pro hac vice* to be sought)
*capeterson@locklaw.com*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

**CUNEO GILBERT & LADUCA, LLP**
Charles J. LaDuca
Alexandra C. Warren
4725 Wisconsin Avenue NW, Suite 200
Washington, D.C. 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

**PGMBM, LLC**
Harris L. Pogust
Joshua M. Neuman
Jordyn N. Mitzman
161 Washington Street, Suite 250
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245

*Counsel for Plaintiffs and the Proposed Class*

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
MINNEAPOLIS

**STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**
Case No. 2:22-CV-00323-KJM-DB

Pursuant to Local Rule 144, Plaintiffs Mariah Schmucker and Kayla McGowan ("Plaintiffs") and Defendants Schwabe North America, Inc. and Nature's Way Brands, LLC ("Defendants," and together with Plaintiffs, the "Parties") respectfully stipulate and jointly move the Court to extend Defendants' time to answer or otherwise respond to the Complaint by 60 days, as explained below.

1. On February 18, 2022, Plaintiffs initiated this action by filing the Complaint. *See* Dkt. No. 1.

2. On February 28, 2022, Plaintiffs served the Complaint and Summons on Defendants via their registered agent. *See* Dkt. Nos. 7 and 8.

3. Under Federal Civil Rule 12(a)(1)(A)(i), Defendants' response to the Complaint currently is due March 21, 2022. *Id*.

4. Defendants require additional time to investigate the legal and factual basis of the claims, confer with Plaintiffs' counsel, and prepare a response to the Complaint.

5. Accordingly, the Parties agree to move the Court to extend Defendants' time to answer or otherwise respond to the Complaint by 60 days, from March 21, 2022 to May 20, 2022.

6. This extension will not require the Court to reschedule the initial case management conference, which is set for June 30, 2022 at 2:30 PM. *See* Dkt. No. 3.

7. This is the first request for extension filed by either Party. *See* L.R. 144(b).

8. Counsel sought to obtain this extension as soon as Defendants' counsel appeared in this matter, the week before the current response deadline. *See* L.R. 144(d).

9. The Parties respectfully submit that there is good cause for this request to modify the schedule, and that the request is not sought for the purpose of delay and will not cause prejudice in this matter.

///

///

///

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their respective counsel, that they move the Court to extend Defendants' time to answer or otherwise respond to the Complaint by 60 days, as set forth above.

Dated: March 16, 2022  **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Rita Mansuryan*
Rita Mansuryan

Attorneys for Defendants
SCHWABE NORTH AMERICA INC. AND NATURE'S WAY BRANDS, LLC

Dated: March 16, 2022  **LOCKRDIGE GRINDAL NAUEN PLLP**

By: */s/ Robert Shelquist*   (as authorized on 3/16/22)
Robert K. Shelquist

Attorneys for Plaintiffs
MARIAH SCHMUCKER and KAYLA MCGOWAN

## ORDER

Pursuant to the Parties' stipulation, **IT IS SO ORDERED**. Defendants shall answer or otherwise respond to Plaintiffs' Complaint on or before May 20, 2022.

DATED: March 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE